UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

REGIONS BANK,

    Plaintiff,

v.                                                                Case No: 8:16-cv-468-T-36CPT

STEVEN A. ROTH,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Christopher P. Tuite on June 13, 2018 (Doc. 46). In the Report and Recommendation, Magistrate Judge Tuite recommends that Plaintiff Regions Bank's Motion for Attorneys' Fees and Taxable Costs (Doc. 41) be GRANTED in part and DENIED in part. The Magistrate Judge further recommends that Plaintiff be awarded $53,884.60 in attorneys' fees and $465.00 in costs for a total amount of $54,349.60. All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). No such objections were filed.

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

    (1)    The Report and Recommendation of the Magistrate Judge (Doc. 46) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) Plaintiff Regions Bank's Motion for Attorneys' Fees and Taxable Costs (Doc. 41) is GRANTED in part and DENIED in part.

(3) Plaintiff Regions Bank is awarded $53,884.60 in attorneys' fees and $465.00 in costs for a total amount of $54,349.60

(4) The Clerk is directed to enter a Judgment as to Attorneys' Fees and Costs in favor of Plaintiff Regions Bank and against Defendant Steven A. Roth in the total amount of $54,349.60, for which sum let execution issue.

**DONE AND ORDERED** at Tampa, Florida on June 29, 2018.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Christopher P. Tuite
Counsel of Record